

FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8093

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Manuel LEDESMA-Caballero | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Manuel LEDESMA-Caballero did knowingly and intentionally import approximately 52.16 kilograms (114.75 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ST, DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

        v.

Manuel LEDESMA-Caballero

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Russell Vensk.

On January 30, 2008, at approximately 2200 hours, Manuel LEDESMA-Caballero entered the United States at the Calexico, California, Port of Entry.   LEDESMA was the driver of a 1988 Lincoln Towncar.

LEDESMA gave Primary Officer Lopez, a negative oral Customs declaration. Officer LOPEZ noted during inspection of the vehicle that rear driver's side door would not open.   LEDESMA told Officer Lopez that both the back doors would not open. Officer Lopez referred LEDESMA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Ayala requested Canine Enforcement Officer Taylor sweep the vehicle with his assigned Narcotics Detector Dog.  CEO Taylor noted his NDD alerted to the rear of the vehicle.

A subsequent inspection of the vehicle revealed 40 packages inside the back seat and spare tire of the vehicle.  Officer Ayala probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 40 packages had a combined net weight of approximately 52.16 kilograms (114.75 pounds).

LEDESMA was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived agreeing to answer question without the presence of a lawyer.  LEDESMA stated he was going to be paid $2,000.00 to bring the drug-laden vehicle into the United States.